# UNITED STATES DISTRICT COURT
for the

__MIDDLE__ District of __TENNESSEE__

| | |
|---|---|
| United States of America<br>v.<br><br>ANTONIEO LAMONT SCALES | )<br>)  Case No: 3:23-cr-00100-2<br>)<br>)  USM No: 19338-075<br>) |
| Date of Original Judgment: 7/25/2025<br>Date of Previous Amended Judgment: N/A<br>*(Use Date of Last Amended Judgment if Any)* | )  Eileen M. Parrish<br>   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

**IT IS SO ORDERED.**

Order Date: March 3, 2026

Effective Date: _____
*(if different from order date)*

Eli Richardson, United States District Judge